UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  WA:23-CR-00248(2)-ADA |
| (2) FREQUIESHA TIOUNDRA PHILLIPS | § § | |

### ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 5, 2024, wherein the defendant (2) FREQUIESHA TIOUNDRA PHILLIPS waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (2) FREQUIESHA TIOUNDRA PHILLIPS to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (2) FREQUIESHA TIOUNDRA PHILLIPS's plea of guilty to Count One S (1s) is accepted.

     Signed this 19th day of November, 2024.

                                                      ALAN D ALBRIGHT
                                                     UNITED STATES DISTRICT JUDGE